# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA,<br><br>               Plaintiff,<br><br>   v.<br><br>CHRONES, et al.,<br><br>               Defendants.<br>_____/ | CASE NO.: 1:09-cv-01352-DLB PC<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF<br><br>(Doc. 6) |

      Plaintiff Keith Zavala ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      Plaintiff filed his first amended complaint on August 28, 2009. The Court screened Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against defendant Martin for violation of the Eighth Amendment.[1]

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Service is appropriate for defendant

              Correctional Officer Martin

---

[1] By separate order, the Court dismissed defendants Chrones, Smith, Kays, Chandler, Soto, True, Figueroa, Castro and Ostrander from this action for failure to state a claim upon which relief may be granted.

1

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed August 28, 2009.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for the defendant listed above; and

   c. Two (2) copies of the endorsed first amended complaint filed August 28, 2009.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **January 6, 2010**                     /s/ Dennis L. Beck
                                                        UNITED STATES MAGISTRATE JUDGE