# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRIS CHRONES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-CV-01352-DLB PC<br><br>ORDER REGARDING DISCOVERY AND SCHEDULING ORDER |

Plaintiff Keith Zavala ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint against Defendants Chrones, Smith, Kays, Chandler, Soto and Martin. On September 13, 2010, Defendant Martin filed an answer. On September 14, 2010, the Court issued the discovery and scheduling order. On October 13, 2010, Defendant Soto filed an answer. Because only a month has passed between the issuance of the discovery and scheduling order and Defendant Soto's answer, the Court will apply the same deadlines from the September 14, 2010 Scheduling Order to Defendant Soto.

   IT IS SO ORDERED.

   Dated:   **October 14, 2010**             **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

1