1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11    KEITH ZAVALA,                              1:09-CV-01352 DLB (PC)

12              Plaintiff,
                                                 ORDER DENYING MOTION FOR
13    v.                                         APPOINTMENT OF COUNSEL

14    CHRIS CHRONES, et al.,
                                                 ( #37)
15              Defendants.

16    _____/

17         On October 21, 2010, plaintiff filed a motion seeking the appointment of counsel.

18    Plaintiff does not have a constitutional right to appointed counsel in this action, *Rand v.*

19    *Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an attorney to

20    represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  *Mallard v. United States District Court*

21    *for the Southern District of Iowa*, 490 U.S. 296, 298 (1989).  However, in certain exceptional

22    circumstances the Court may request the voluntary assistance of counsel pursuant to section

23    1915(e)(1).  *Rand*, 113 F.3d at 1525.

24         Without a reasonable method of securing and compensating counsel, the Court will seek

25    volunteer counsel only in the most serious and exceptional cases.  In determining whether

26    "exceptional circumstances exist, the district court  must evaluate both the likelihood of success

27    of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

28    complexity of the legal issues involved."  *Id.* (internal quotation marks and citations omitted).

                                            -1-

1    In the present case, the court does not find the required exceptional circumstances.  Even

2  if it is assumed that plaintiff is not well versed in the law and that he has made serious allegations

3  which, if proved, would entitle him to relief, his case is not exceptional.  This court is faced with

4  similar cases almost daily.  Based on a review of the record in this case, the Court does not find

5  that plaintiff cannot adequately articulate his claims.  *Id.*

6    For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY

7  DENIED, without prejudice.

8    IT IS SO ORDERED.

9    **Dated:    December 8, 2010**                    **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28