# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA,<br><br>          Plaintiff,<br><br>     v.<br><br>CHRIS CHRONES, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:09-CV-01352-LJO-DLB PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEO CONFERENCE<br><br>(DOC. 79) |

     Plaintiff Keith Zavala ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2011, Defendants filed a request for permission to conduct Plaintiff's deposition via video conference. Plaintiff has not filed an opposition to Defendant's request. Under Federal Rule of Civil Procedure 30(b)(4), the Court may order that a deposition be taken by remote means. Accordingly, it is HEREBY ORDERED that Defendants' request for permission to conduct Plaintiff's deposition via video conference is GRANTED. Nothing in this order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

     IT IS SO ORDERED.

     Dated:   December 20, 2011             /s/ Dennis L. Beck
                                                      UNITED STATES MAGISTRATE JUDGE