# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRIS CHRONES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-01352-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION TO DISMISS<br><br>(ECF No. 87) |

    Plaintiff Keith Zavala ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 2, 2011, Defendants S. Chandler, Chris Chrones, S. Kays, C. Martin, D. Smith, and Soto ("Defendants") filed a motion to dismiss. ECF No. 76.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 11, 2012, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days.  ECF No. 87.  Plaintiff and Defendants did not file a timely Objection to the Findings and Recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendations, filed June 11, 2012, is adopted in full;

    2.    Defendants' motion to dismiss, filed November 2, 2011, is denied; and

1	     3.	The matter is referred to the United State Magistrate Judge for further proceedings.
2	IT IS SO ORDERED.
3	**Dated:    July 26, 2012**                              /s/ Lawrence J. O'Neill
	                                                      UNITED STATES DISTRICT JUDGE