1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  KEITH ZAVALA,                              CASE NO. 1:09-cv–01352-BAM PC

10                      Plaintiff,

                                             ORDER CONTINUING JURY TRIAL FROM
11       v.                                  FEBRUARY 11, 2013, TO FEBRUARY 12,
                                             2013
12  CHRIS CHRONES, et al.,

13                      Defendants.
                                           /
14

15        Plaintiff Keith Zavala is a state prisoner proceeding pro se and in forma pauperis in this civil

16  rights action pursuant to 42 U.S.C. § 1983.  Due to a conflict in the Court's calender, the jury trial

17  scheduled for **February 11, 2013, at 8:30 a.m.** before the undersigned shall be continued to

18  **February 12, 2013, at 8:30 a.m.** in Courtroom 8 (BAM).

19

20        IT IS SO ORDERED.

21  **Dated:**   **September 5, 2012**              _____/s/ **Barbara A. McAuliffe**_____
                                                    UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

                                          1