1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9    KEITH ZAVALA,                           CASE NO. 1:09-cv–01352-BAM PC

10                Plaintiff,          ORDER REQUIRING PARTIES TO NOTIFY
                                      COURT WHETHER A SETTLEMENT

11         v.                            CONFERENCE WOULD BE BENEFICIAL

12    CHRIS CHRONES, et al.,               TWENTY-DAY DEADLINE

13             Defendants.

14                                             /

15       Plaintiff Keith Zavala is a state prisoner proceeding pro se and in forma pauperis in this civil

16 rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the second amended

17 complaint, filed May 24, 2010, against Defendants C. Chrones, S. Kays, D. Smith, S. Chandler, C.

18 Martin, and J. Soto for deliberate indifference in violation of the Eighth Amendment, and is currently

19 set for trial on February 11, 2013.

20       The Court is able to refer cases for mediation before a United States Magistrate Judge.  A

21 settlement conference will only be set if both of the parties are willing to make a meaningful attempt

22 to resolve this action and are willing to compromise.  Settlement conferences may be held in person

23 or by video conference at the Court.  Plaintiff and Defendants shall notify the Court whether they

24 believe, in good faith, that settlement in this case is a possibility and whether they are interested in

25 having a settlement conference scheduled by the Court.[1]

26       If the parties wish to have a settlement conference scheduled, Defendants' counsel shall

27

28      [1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

1

1 notify the Court whether there are security concerns which would prohibit scheduling a settlement

2 conference.  If security concerns exist, counsel shall notify the Court whether those concerns can be

3 adequately addressed if Plaintiff is transferred for settlement only and then returned to prison for

4 housing.

5    Accordingly, within **twenty (20) days** from the date of service of this order, Plaintiff and

6 Defendants shall file a written response to this order.  If a settlement conference is set by the Court,

7 the Court will issue a separate order indicating each of the parties' responsibilities regarding the

8 settlement conference.

9    IT IS SO ORDERED.

10 **Dated:    September 25, 2012**           **/s/ Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28