# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA,<br><br>             Plaintiff,<br><br>     v.<br><br>CHRIS CHRONES, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:09-cv–01352-BAM PC<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO RETURN MONEY ORDERS FOR WITNESSES DR. MAZUR AND DR. BUCKER |

Plaintiff Keith Zavala is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 23, 2012, an order issued addressing Plaintiff's motion for the attendance of unincarcerated witnesses.  (ECF No. 105.)  Plaintiff was advised that to obtain the attendance of Dr. Mazur and Dr. Bucker he had to pay the reasonable fees required by the witnesses to testify as an expert, and that a subpoena would only be issued if he submitted proof to the Court that he had paid the expert witness fees required by each witness to appear at trial.  On November 26, 2012, the Court received money orders made out to Dr. Mazur in the amount of $128.80, and Dr. Bucker[1] in the amount of $103.80.

This does not comply with the order issued on October 23, 2012, and the Office of the Clerk is directed to return the money orders made payable to Dr. Mazur and Dr. Bucker to Plaintiff. Plaintiff is again advised that to obtain the attendance of the doctors he is required to pay them expert witness fees.  Plaintiff is free to contact Dr. Mazur and Dr. Bucker to determine what expert witness

---

[1] The money order received is made payable to Dr. Leanne Buckner.  The court assumes this is the witness identified as Leanne Bucker in Plaintiff's motion for the attendance of unincarcerated witnesses.

1 | fees would be required and to arrange for their voluntary attendance at trial.

2 | Accordingly, IT IS HEREBY ORDERED that the Office of the Clerk is directed to return
3 | the money orders made payable to Dr. Mazur and Dr. Bucker to Plaintiff.

5 | IT IS SO ORDERED.

6 | Dated:   **November 26, 2012**          /s/ **Barbara A. McAuliffe**
         UNITED STATES MAGISTRATE JUDGE