# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA,<br><br>            Plaintiff,<br><br>      v.<br><br>CHRIS CHRONES, et al.,<br><br>            Defendants. | CASE NO. 1:09-cv–01352-BAM PC<br><br>ORDER DIRECTING THE PARTIES TO NOTIFY THE COURT REGARDING THE FEBRUARY 12, 2013 TRIAL DATE |

   Plaintiff Keith Zavala is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently set for trial on February 12, 2013. On November 26, 2012, Plaintiff submitted a money order for the attendance of D.A. White at the trial of this matter. The Court intends to issue an order directing the United States Marshal to serve the subpoena and witness fees on D.A. White. However, prior to directing service, the parties are directed to notify the Court whether they anticipate the trial in this action to proceed on February 12, 2013, or if any conflicts exist that would require moving the trial date.

   Accordingly within ten (10) days from the date of service of this order, the parties are ordered to notify the Court if they anticipate that the trial in this matter will proceed on February 12, 2013.

   IT IS SO ORDERED.

Dated:   November 26, 2012              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

1