# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS CHRONES, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv–01352-BAM PC<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |

　　　Plaintiff Keith Zavala is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 23, 2012, Plaintiff was ordered to provide a money order made payable to each witness that he wished to have subpoenaed for trial as required for payment of witness fees and mileage. (ECF No. 105.) On November 26, 2012, Plaintiff submitted the required money order for witness D. A White, and an order issued directing the parties to notify the Court if the trial was anticipated to proceed on February 12, 2013, as scheduled. (ECF Nos. 112, 114.) The parties have notified the Court that the trial is anticipated to proceed on the set date. (ECF No. 116, 117.)

　　　In his notice to the Court, Plaintiff requests information on whether his expert witnesses will be able to testify since he did not provide the information required to subpoena them for trial as ordered by the Court. As Plaintiff was previously advised in the order issued November 26, 2012, Plaintiff is free to contact his expert witnesses and make arrangement for the payment of expert witness fees to obtain their voluntary attendance at trial. (ECF No. 113.) As to Plaintiff's request to have Dr. Shroeder testify by video conference, the Court declines to entertain the motion until

such time as Plaintiff has shown that he has arranged for the attendance of Dr. Shroeder by making arrangements for the payment of expert witness fees.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1) One completed and issued subpoena to be served on D. A. White;

    (2) One completed USM-285 form;

    (3) One money order # 14-612296492 in the amount of $ 128.80, made payable to D. A. White; and

    (4) One copy of this order for D. A. White, plus an extra copy for the Marshal.

2. Within thirty days from the date of this order, the United States Marshal is directed to serve the subpoena and money order on D. A. White in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The U.S. Marshal is directed to retain the subpoena in their file for future use.

4. The United States Marshal shall personally serve process and a copy of this order upon D. A. White pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections (CDC) to execute this order. The United States Marshal shall maintain the confidentiality of all information provided by the CDC pursuant to this order.

5. Within ten days after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

Dated:   **December 10, 2012**             /s/ **Barbara A. McAuliffe**
                                             UNITED STATES MAGISTRATE JUDGE