# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRIS CHRONES, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1:09-cv-01352 BAM (PC)<br><br>ORDER ADDRESSING PLAINTIFF'S OPPOSITION TO DEFENDANT WITNESSES<br><br>(ECF No. 122) |

Plaintiff Keith Zavala ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. A telephonic trial confirmation hearing in this action is set for January 8, 2013, at 10:00 a.m. before the Honorable Barbara A. McAuliffe. In anticipation of the hearing, Defendants filed a pretrial statement on November 26, 2012. On December 28, 2012, Plaintiff filed an opposition to certain of Defendants' witnesses listed in their pretrial statement. (ECF No. 122). In particular, Plaintiff seeks to preclude trial testimony from witnesses J. Crum, S. Juarez, J. Ostrander, and J. Castro.

Plaintiff's opposition is a premature motion in limine. After considering the parties' pretrial statements, the Court will issue a pretrial order establishing the deadlines to file motions in limine and oppositions to the motions in limine. Plaintiff may renew his opposition to Defendants' proposed witnesses as a motion in limine <u>after</u> the Court sets the relevant deadlines for such motions. Accordingly, Plaintiff's opposition to Defendants' witnesses is HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated: **January 7, 2013**　　　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1