1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9  KEITH ZAVALA,                                    CASE NO. 1:09-cv-01352-BAM PC

10                    Plaintiff,                    ORDER REQUIRING DEFENDANTS' TO
                                                    RESPOND TO PLAINTIFF'S MOTION FOR
11        v.                                        EXTENSION OF TRIAL DATE AND
                                                    PRETRIAL ORDER
12  CHRIS CHRONES, et al.,
                                                    (ECF No. 147.)
13                    Defendants.
                                                    Deadline: February 1, 2013
14  _____/

15
16        Plaintiff Keith Zavala ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis
17  in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's
18  second amended complaint against Defendants Chrones, Smith, Kays, Thomas-Chandler, Soto and
    Martin for deliberate indifference in violation of the Eighth Amendment.  A motion in limine hearing
19  is scheduled for February 5, 2013, and a jury trial is scheduled for February 12, 2013.
20
21        On January 28, 2013, Plaintiff filed a motion for extension of both the deadlines outlined in
22  the pretrial order and the February 12, 2013 trial date.  (ECF No. 147.)  Plaintiff explains that he
    recently acquired legal representation, attorney James M. Hodges, and the current deadlines would
23  severely impair the ability to prepare for trial.
24
25        Given the approaching deadlines, Defendants are HEREBY ORDERED to file a response
    to Plaintiff's motion for an extension of the trial date and pretrial order dates on or before **Friday,**
26  **February 1, 2013**.
27
          The Clerk of the Court is directed to serve a copy of this Order on James M. Hodges,
28

1

1   Attorney at Law, 16505 Clark Ave., Bellflower, California 90706.

2        IT IS SO ORDERED.

3   **Dated:**   **January 29, 2013**          /s/ **Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE

2