# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA,<br><br>               Plaintiff,<br><br>    v.<br><br>CHRIS CHRONES, et al.,<br><br>               Defendants.<br>_____/ | CASE NO. 1:09-cv-01352-BAM PC<br><br>ORDER REQUIRING DEFENDANTS' TO RESPOND TO PLAINTIFF'S MOTION FOR EXTENSION OF TRIAL DATE AND PRETRIAL ORDER<br><br>(ECF No. 147.)<br><br>Deadline: February 1, 2013 |

       Plaintiff Keith Zavala ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint against Defendants Chrones, Smith, Kays, Thomas-Chandler, Soto and Martin for deliberate indifference in violation of the Eighth Amendment. A motion in limine hearing is scheduled for February 5, 2013, and a jury trial is scheduled for February 12, 2013.

       On January 28, 2013, Plaintiff filed a motion for extension of both the deadlines outlined in the pretrial order and the February 12, 2013 trial date. (ECF No. 147.) Plaintiff explains that he recently acquired legal representation, attorney James M. Hodges, and the current deadlines would severely impair the ability to prepare for trial.

       Given the approaching deadlines, Defendants are HEREBY ORDERED to file a response to Plaintiff's motion for an extension of the trial date and pretrial order dates on or before **Friday, February 1, 2013**.

       The Clerk of the Court is directed to serve a copy of this Order on James M. Hodges,

1

Attorney at Law, 16505 Clark Ave., Bellflower, California 90706.

IT IS SO ORDERED.

Dated:   **January 29, 2013**              /s/ **Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE