

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA, | CASE NO. 1:09-cv-01352-BAM PC |
| Plaintiff, | NOTICE AND ORDER THAT WITNESS **JESSE DURAN, CDC# P-17745,** IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| CHRIS CHRONES, et al., | |
| Defendants. | |

Jury trial in this matter commenced on February 12, 2013. Witness, Jesse Duran, CDC# P-17745, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 2/12/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1