

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA,<br><br>   Plaintiff,<br><br>v.<br><br>CHRIS CHRONES, et al.,<br><br>   Defendants.<br>_____/ | CASE NO. 1:09-cv-01352-BAM PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON FEBRUARY 13, 2013, AT 8:00 A.M. |

Plaintiff Keith Zavala, CDC# J-73919, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, February 13, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 2/12/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1