FILED
FEB 13 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA, | CASE NO. 1:09-cv-01352-BAM PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON FEBRUARY 14, 2013, AT 8:00 A.M. |
| v. | |
| CHRIS CHRONES, et al., | |
| Defendants. | |

Plaintiff Keith Zavala, CDC# J-73919, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Thursday, February 14, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 2/13/13

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1