

1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9 KEITH ZAVALA,                                    CASE NO. 1:09-cv-01352-BAM PC

10                    Plaintiff,
                                                  ORDER   REQUIRING   PRODUCTION   OF
11      v.                                        PLAINTIFF FOR TRIAL ON FEBRUARY 15,
                                                  2013, AT 8:00 A.M.
12 CHRIS CHRONES, et al.,

13                    Defendants.

14 _____/

15        Plaintiff Keith Zavala, CDC# J-73919, shall be produced to testify before the United States

16 District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Friday, February 15, 2013,

17 and from day to day until completion of the proceedings or as ordered by the Court.

18        It is so ORDERED.

19

20

21 DATED:   2/14/13

22                                                BARBARA A. McAULIFFE
                                                  UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

1