

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH ZAVALA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHRIS CHRONES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-01352-BAM PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **KEITH ZAVALA, CDC# J-73919**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　　Jury trial in this matter commenced on February 12, 2013. Plaintiff, Keith Zavala, CDC# J-73919, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 2/15/13　　　　　　　　　　　　／s／ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　BARBARA A. McAULIFFE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1