*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

```
KEITH ZAVALA,
             Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:09-CV-01352-BAM-PC

CHRIS CHRONES, etal.,
             Defendants.
_____/


    X     JURY VERDICT:  This action came before the Court for a
trial by jury.  The issues have been tried and the jury has rendered
its verdict.



          IT IS HEREBY ORDERED AND ADJUDGED that verdict in favor
of Defendants and against Plaintiff.

DATED:     2/19/2013


                                    VICTORIA C. MINOR, Clerk


                                    By:    /s/ H.A. Herman
                                           Deputy Clerk
judgment.civ.wpd
6/4/2008
```